JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3697
   FAX: (510) 637-3724

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ERIKA LEMUS, | No. C 09-3680-CW |
|    Petitioner, | |
| v. | **STIPULATION TO A BRIEFING SCHEDULE AND OTHER MATTERS; AND ORDER** |
| ERIC HOLDER, Attorney General of the United States; CHARLES DEMORE, Acting District Director, San Francisco Office, U.S. Immigration and Naturalization Service, | |
|    Respondents. | |

     The petitioner has filed a Petition for Writ of Habeas Corpus, along with a Request for an Emergency Stay of Removal. The petitioner alleges that she received ineffective assistance from her former attorney in connection with her removal proceedings. The petitioner is currently scheduled to report for removal from the United States on August 11, 2009. The parties hereby stipulate to the following:

<u>Briefing Schedule</u>

| | |
|---|---|
| Respondents' Return to the Habeas Petition: | September 11, 2009 |
| Petitioner's Reply: | September 18, 2009 |
| Hearing: | October 8, 2009, at 2:00 p.m. |

STIPULATION TO A BRIEFING SCHEDULE
C 09-3680-CW      -1-

1  <u>Stay of Removal and Withdrawal of Request for an Emergency Stay of Removal</u>

2  The parties further stipulate that the United States Immigration and Customs Enforcement

3  will stay the petitioner's removal until October 22, 2009, and that the petitioner hereby

4  withdraws her Request for an Emergency Stay of Removal.

6  Dated: August 12, 2009                    Respectfully submitted,

7                                            JOSEPH P. RUSSONIELLO
                                             United States Attorney

10                                           /s/
                                             EDWARD A. OLSEN
                                             Assistant United States Attorney

12  Dated: August 12, 2009                    /s/
                                             FRANK SPROULS
13                                           Attorney for Petitioner

15                          **ORDER**

16  Pursuant to stipulation, IT IS SO ORDERED.

17
    Dated: August 18, 2009       _____
18                               CLAUDIA WILKEN
                                 United States District Judge

STIPULATION TO A BRIEFING SCHEDULE
C 09-3680-CW                          -2-