1   JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
2   JOANN M. SWANSON, CSBN 88143
    Chief, Civil Division
3   EDWARD A. OLSEN, CSBN 214150
    Assistant United States Attorney
4
5       1301 Clay Street, Suite 340S
        Oakland, California 94612
        Telephone: (510) 637-3697
6       FAX: (510) 637-3724

7   Attorneys for Respondents

8
                UNITED STATES DISTRICT COURT
9
            NORTHERN DISTRICT OF CALIFORNIA
10
                    OAKLAND DIVISION
11

12  ERIKA LEMUS                        )    No. C 09-3680-CW
                                       )
13          Petitioner,                )
                                       )
14  v.                                 )    **STIPULATION TO DISMISS; AND**
                                       )    **ORDER**
15  ERIC HOLDER, Attorney General of the )
    United States; CHARLES DEMORE,     )
16  Acting District Director, San Francisco )
    Office, U.S. Immigration and Naturalization )
17  Service,                           )
                                       )
18          Respondents.               )
                                       )
19  _____)

20          The petitioner, by and through her attorney, and respondents, by and through their

21  attorneys, hereby stipulate, subject to approval of the Court, to dismissal of the above-entitled

22  proceeding in light of the fact that the Board of Immigration Appeals (BIA) has issued a decision

23  on her motion to reopen her removal proceedings.  The relief requested in the habeas petition – a

24  stay of removal pending a decision by the BIA on the petitioner's motion to reopen – is no

25  longer necessary.

26          Each of the parties shall bear their own costs and fees.

27  //

28  //

1  Dated:  October 1, 2009                    Respectfully submitted,

2                                             JOSEPH P. RUSSONIELLO
                                              United States Attorney
3

4
                                                    /s/
5                                             EDWARD A. OLSEN
                                              Assistant United States Attorney
6

7  Dated:  October 1, 2009                          /s/
                                              FRANK SPROULS
8                                             Attorney for Petitioner

9

10                              **ORDER**

11      Pursuant to stipulation, IT IS SO ORDERED.

12                               5
   Dated: October  ___, 2009     _Claudia Wilken_____
13                                CLAUDIA WILKEN
                                  United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO DISMISS
C 09-3680-CW                        -2-